B6E (Official Form 6E) (04/13)

In re **Steven Dean Taylor**                                       Case No.   **15-32764**
                                                                              (If Known)

### *AMENDED 6/17/2015*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____2_____continuation sheets attached

B6E (Official Form 6E) (04/13) – Cont.

In re  **Steven Dean Taylor**                                      Case No.  **15-32764**
                                                                        (If Known)

*AMENDED 6/17/2015*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xx-xxx7601<br>Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0039 | | - | DATE INCURRED: **June 30, 2013**<br>CONSIDERATION:<br>**941 Taxes**<br>REMARKS:<br>**Professional Floor and Janitorial** | | | | $12,678.26 | $12,678.26 | $0.00 |
| ACCT #: xx-xxx7601<br>Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0039 | | - | DATE INCURRED: **9-30-2013**<br>CONSIDERATION:<br>**941 Taxes**<br>REMARKS:<br>**Professional Floor and Janitorial LLC** | | | | $31,722.79 | $31,722.79 | $0.00 |
| ACCT #: xx-xxx7601<br>Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0039 | | - | DATE INCURRED: **12-31-2013**<br>CONSIDERATION:<br>**941 Taxes**<br>REMARKS:<br>**Professional Floor and Janitorial LLC** | | | | $14,004.03 | $14,004.03 | $0.00 |
| ACCT #: xx-xxx7601<br>Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0039 | | - | DATE INCURRED: **12-31-2013**<br>CONSIDERATION:<br>**940 Taxes**<br>REMARKS:<br>**Professional Floor and Janitorial LLC** | | | | $643.29 | $643.29 | $0.00 |
| ACCT #: xx-xxx7601<br>Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0039 | | - | DATE INCURRED: **3-31-2014**<br>CONSIDERATION:<br>**941 Taxes**<br>REMARKS:<br>**Professional Floor and Janitorial LLC** | | | | $10,454.66 | $10,454.66 | $0.00 |
| ACCT #: xx-xxx7601<br>Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0039 | | - | DATE INCURRED: **6-30-2014**<br>CONSIDERATION:<br>**941 Taxes**<br>REMARKS:<br>**Professional Floor and Janitorial LLC** | | | | $5,210.13 | $5,210.13 | $0.00 |

Sheet no. ___1___ of ___2___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $74,713.16 | $74,713.16 | $0.00 |
| Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | | | |
| Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (04/13) - Cont.

In re  **Steven Dean Taylor**                                          Case No.  **15-32764**
                                                                              (If Known)

*AMENDED 6/17/2015*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: 1XXXXX76014 **Texas Comptroller of Public Accounts** PO Box 13528, Capitol Station Austin, TX 78711-3528 | | - | DATE INCURRED: **11-1-2013 to 12-31-201** CONSIDERATION: **Franchise and sales tax** REMARKS: **Professional Floor and Janitorial LLC** | | | | $62,656.57 | $62,656.57 | $0.00 |
| ACCT #: xxxxxxx8214 **Texas Comptroller of Public Accounts** PO Box 13528, Capitol Station Austin, TX 78711-3528 | | - | DATE INCURRED: **11-1-2013 to 12-31-201** CONSIDERATION: **Sales, Excise, and Use Taxes** REMARKS: | | | | $10,503.00 | $10,503.00 | $0.00 |
| ACCT #: xxxxxxx8214 **Texas Comptroller of Public Accounts** PO Box 13528, Capitol Station Austin, TX 78711-3528 | | - | DATE INCURRED: **1-1-2013 to 12-31-2014** CONSIDERATION: **Franchise Tax** REMARKS: | | | | $5,603.40 | $5,603.40 | $0.00 |
| ACCT #: xxxxxxx8214 **Texas Comptroller of Public Accounts** PO Box 13528, Capitol Station Austin, TX 78711-3528 | | - | DATE INCURRED: **6-1-14 to 9-30-14** CONSIDERATION: **Sales, Excise and Use Tax** REMARKS: | | | | $156.00 | $156.00 | $0.00 |
| ACCT #: xxxxxxx8214 **Texas Comptroller of Public Accounts** PO Box 13528, Capitol Station Austin, TX 78711-3528 | | - | DATE INCURRED: **4-1-14 to 1-31-15** CONSIDERATION: **Sales, Excise and Use Tax** REMARKS: | | | | $6,318.26 | $6,318.26 | $0.00 |
| | | | | | | | | | |

Sheet no.  **2**  of  **2**  continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $85,237.23 | $85,237.23 | $0.00 |
| Total > | $159,950.39 | | |
| (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| Totals > | | $159,950.39 | $0.00 |
| (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6F (Official Form 6F) (12/07)

In re **Steven Dean Taylor**                                    Case No. **15-32764**
                                                                        (if known)

*AMENDED 6/17/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx-1757**<br>**Advanced Security Concepts**<br>PO Box 610<br>Millican, TX 77866-0610 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Goods and/or services rendered<br>REMARKS: | | | | $595.96 |
| ACCT #:<br>**Aggieland Automotive**<br>107 Brentwood Dr.<br>College Station, TX 77845 | | - | DATE INCURRED:<br>CONSIDERATION:<br>Goods and/or services rendered<br>REMARKS: | | | | $3,335.08 |
| ACCT #:<br>Alma De Leon<br>2828 Highway 21 W #85<br>Bryan, TX 77803 | | - | DATE INCURRED: **2012 to 2014**<br>CONSIDERATION:<br>Contract wages, minimum wages and/or overtime c<br>REMARKS: | | | | $100.00 |
| Representing:<br>Alma De Leon | | | **Christopher J. Willett**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |
| Representing:<br>Alma De Leon | | | **Kayvon Sabourian**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |
| ACCT #: **xxxxxxxxxxxx3453**<br>American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | | - | DATE INCURRED: **12/2010**<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $15,051.00 |

Subtotal > $19,082.04

Total >
(Use only on last page of the completed Schedule F.)

_____15_____ continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven Dean Taylor**                                                          Case No.   **15-32764**
                                                                                                          (if known)

*AMENDED 6/17/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx8203<br>**American Express**<br>**PO Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | - | DATE INCURRED:  **01/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Angelica Trujillo**<br>**2906 Arizona Ave.**<br>**Bryan, TX 77803** | | - | DATE INCURRED:  **2010 to 2014**<br>CONSIDERATION:<br>**Contract wages, minimum wages and/or overtime d**<br>REMARKS: | | | | $100.00 |
| Representing:<br>**Angelica Trujillo** | | | **Christopher J. Willett**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |
| Representing:<br>**Angelica Trujillo** | | | **Kayvon Sabourian**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |
| ACCT #:  xxxx0495<br>**Bank of America**<br>**Attn: Correspondence Unit/CA6-919-02-41**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** | | - | DATE INCURRED:  **01/2000**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Beatriz Ortiz**<br>**c/o Christopher J. Willett**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | - | DATE INCURRED:  **2003 to 2014**<br>CONSIDERATION:<br>**Contract wages, minimum wages and/or overtime d**<br>REMARKS: | | | | $100.00 |

Sheet no. ____1____ of ____15____ continuation sheets attached to                                    Subtotal >    | $200.00 |

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven Dean Taylor**                                    Case No.   **15-32764**
                                                                              (if known)

*AMENDED 6/17/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Beatriz Ortiz** | | | **Kayvon Sabourian**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |
| ACCT #:  **xxxxx8304**<br>**Caliber Home Loans, In**<br>**13801 Wireless Way**<br>**Oklahoma City, OK 73012** | | - | DATE INCURRED:  **05/1998**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | | $996.00 |
| ACCT #:<br>**CAN Capital Asset Servicing, Inc.,**<br>**f/k/a New Logic Business Loans, Inc.,**<br>**c/o Vincent E. Aubrey**<br>**155 North 400 West, Ste. 301**<br>**Salt Lake City, Utah 84103** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Personal Guarantee on business loans**<br>REMARKS:<br>**Debtor is successor-in-interest to WebBank,**<br>**Corp.** | | | | $54,133.73 |
| ACCT #:  **xxxxxxxxxxxx3047**<br>**Capital 1 Bank**<br>**Attn: General Correspondence**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:  **02/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $746.00 |
| ACCT #:  **xxxxxxxxxxxx9402**<br>**Capital One**<br>**Po Box 30253**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:  **10/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxxxxxxxxx3049**<br>**Capital One**<br>**Po Box 30253**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:  **02/20/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $0.00 |

Sheet no. __2__ of __15__ continuation sheets attached to          Subtotal >        $55,875.73
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                                    (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable, on the
                                 Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven Dean Taylor**                                    Case No.   **15-32764**
                                                                              (if known)

*AMENDED 6/17/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx0044 **Capital One** Po Box 30253 Salt Lake City, UT 84130 | | - | DATE INCURRED:  **02/20/2008** CONSIDERATION: **Credit Card** REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx9140 **Capital One** Attn: Bankruptcy PO Box 30285 Salt Lake City, UT 84130 | | - | DATE INCURRED:  **05/2011** CONSIDERATION: **Charge Account** REMARKS: | | | | $2,501.00 |
| ACCT #:  xxxxxxxxxxxx8680 **Capital One** Attn: Bankruptcy PO Box 30285 Salt Lake City, UT 84130 | | - | DATE INCURRED:  **07/2007** CONSIDERATION: **Credit Card** REMARKS: | | | | $571.00 |
| ACCT #:  xxxxxxxxx0907 **Chase Auto** Attn:National Bankruptcy Dept PO Box 29505 Phoenix, AZ 85038 | | - | DATE INCURRED:  **08/2008** CONSIDERATION: **Automobile** REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxx3051 **Chase Mtg** Po Box 24696 Columbus, OH 43224 | | - | DATE INCURRED:  **06/2010** CONSIDERATION: **Conventional Real Estate Mortgage** REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx9192 **ChaseHealthAdvance** AZ1-5734 PO Box 71 Phoenix, AZ 85001 | | - | DATE INCURRED:  **09/2010** CONSIDERATION: **Charge Account** REMARKS: | | | | $0.00 |

Sheet no. ___3___ of ___15___ continuation sheets attached to                          Subtotal >          $3,072.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                                    (Use only on last page of the completed Schedule F.)
                                            (Report also on Summary of Schedules and, if applicable, on the
                                              Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven Dean Taylor**                    Case No.  **15-32764**
                                                              (if known)

*AMENDED 6/17/2015*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxx8171<br>Compass Bank Visa<br>2009 Beltline Parkway<br>Decatur, AL 35603 | | - | DATE INCURRED:  **05/2012**<br>CONSIDERATION:<br>**Check Credit or Line of Credit**<br>REMARKS: | | | | $4,333.00 |
| ACCT #:  xxxxxxxxxxx5473<br>Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193 | | - | DATE INCURRED:  **02/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,849.00 |
| ACCT #:  xxxxxxx1384<br>Dex Media<br>c/o Joseph, Mann & Creed<br>8948 Canyon Falls Blvd., Ste. 200<br>Twinsburg, OH 44087 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and/or services rendered**<br>REMARKS:<br>**JMC Account #: 8378142**<br><br>**Shelby Building Maintenance & Janitorial** | | | | $1,905.98 |
| ACCT #:  xxxxxxxxxxx1986<br>Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | | - | DATE INCURRED:  **04/2010**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $474.00 |
| ACCT #:  xxxxxxxxxxx0000<br>DSRM National Bank/Diamond Shamrock/Vale<br>PO Box 631<br>Amarillo, TX 79105 | | - | DATE INCURRED:  **07/26/2008**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $1,134.00 |
| ACCT #:<br>Fateh Rajan D/B/A Hillcrest Grocery<br>4403 Regal Oaks Dr.<br>College Station, TX 77845-8806 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Returned Checks**<br>REMARKS:<br>**Professional Floor & Janitorial LLC** | | | | $9,890.00 |

Sheet no. ___4___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $19,585.98

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven Dean Taylor**

Case No. **15-32764**
(if known)

*AMENDED 6/17/2015*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing: Fateh Rajan D/B/A Hillcrest Grocery | | | J. Fred Bayliss 3000 Briarcrest Drive, Suite 302 Bryan, TX 77802 | | | | Notice Only |
| ACCT #: xxxx0142 Ffcc-clvland 24700 Chagrin Blvd Cleveland, OH 44122 | | - | DATE INCURRED: CONSIDERATION: Unknown Loan Type REMARKS: | | | | $355.00 |
| ACCT #: xxxxxxxxx0028 First National Bank FNN Legal Dept 1620 Dodge St., Stop Code 3290 Omaha, NE 68197 | | - | DATE INCURRED: 08/2014 CONSIDERATION: Secured REMARKS: | | | | $39,232.00 |
| ACCT #: xxxxxxxxx0942 First National Bank FNN Legal Dept 1620 Dodge St., Stop Code 3290 Omaha, NE 68197 | | - | DATE INCURRED: 09/2013 CONSIDERATION: Secured REMARKS: | | | | $0.00 |
| ACCT #: xxxxxxxxx0523 First National Bank FNN Legal Dept 1620 Dodge St., Stop Code 3290 Omaha, NE 68197 | | - | DATE INCURRED: 08/2013 CONSIDERATION: Secured REMARKS: | | | | $0.00 |
| ACCT #: xxxxxxxxx9365 First National Bank FNN Legal Dept 1620 Dodge St., Stop Code 3290 Omaha, NE 68197 | | - | DATE INCURRED: 08/2012 CONSIDERATION: Secured REMARKS: | | | | $0.00 |

Sheet no. __5__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $39,587.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven Dean Taylor**                                    Case No.   **15-32764**
                                                                            (if known)

*AMENDED 6/17/2015*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxx8501<br>**First National Bank**<br>**FNN Legal Dept**<br>**1620 Dodge St., Stop Code 3290**<br>**Omaha, NE 68197** | | - | DATE INCURRED:  **05/2012**<br>CONSIDERATION:<br>**Secured**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxx0941<br>**First National Bank**<br>**FNN Legal Dept**<br>**1620 Dodge St., Stop Code 3290**<br>**Omaha, NE 68197** | | - | DATE INCURRED:  **08/2013**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxx0522<br>**First National Bank**<br>**FNN Legal Dept**<br>**1620 Dodge St., Stop Code 3290**<br>**Omaha, NE 68197** | | - | DATE INCURRED:  **03/2013**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxx0521<br>**First National Bank**<br>**FNN Legal Dept**<br>**1620 Dodge St., Stop Code 3290**<br>**Omaha, NE 68197** | | - | DATE INCURRED:  **02/2013**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx2041<br>**First National Bank**<br>**FNN Legal Dept**<br>**1620 Dodge St., Stop Code 3290**<br>**Omaha, NE 68197** | | - | DATE INCURRED:  **05/2011**<br>CONSIDERATION:<br>**Agriculture**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx2040<br>**First National Bank**<br>**FNN Legal Dept**<br>**1620 Dodge St., Stop Code 3290**<br>**Omaha, NE 68197** | | - | DATE INCURRED:  **08/2010**<br>CONSIDERATION:<br>**Agriculture**<br>REMARKS: | | | | $0.00 |

Sheet no. ____6____ of ____15____ continuation sheets attached to                                    Subtotal >        $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total >
                                                    (Use only on last page of the completed Schedule F.)
                                            (Report also on Summary of Schedules and, if applicable, on the
                                                Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.
In re   **Steven Dean Taylor**

Case No.  **15-32764**
(if known)

*AMENDED 6/17/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx9204** <br> **First National Bank** <br> **FNN Legal Dept** <br> **1620 Dodge St., Stop Code 3290** <br> **Omaha, NE 68197** | | - | DATE INCURRED:  **05/2010** <br> CONSIDERATION: <br> **Secured** <br> REMARKS: | | | | $0.00 |
| ACCT #:  **xxxx5021** <br> **First National Bank** <br> **FNN Legal Dept** <br> **1620 Dodge St., Stop Code 3290** <br> **Omaha, NE 68197** | | - | DATE INCURRED:  **07/2005** <br> CONSIDERATION: <br> **Agriculture** <br> REMARKS: | | | | $0.00 |
| ACCT #:  **xxx1502** <br> **First National Bank** <br> **FNN Legal Dept** <br> **1620 Dodge St., Stop Code 3290** <br> **Omaha, NE 68197** | | - | DATE INCURRED:  **12/2004** <br> CONSIDERATION: <br> **Agriculture** <br> REMARKS: | | | | $0.00 |
| ACCT #:  **30028** <br> **First National Bank of Anderson** <br> **PO Box 159** <br> **Anderson, TX 77830-0159** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Non-Purchase Money** <br> REMARKS: | | | | $2,191.40 |
| ACCT #: <br> **Francisco  Tadeo Baltazar** <br> **1604 Conlee** <br> **Bryan, TX 77803** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Contract wages, minimum wages and/or overtime c** <br> REMARKS: | | | | $100.00 |
| Representing: <br> **Francisco  Tadeo Baltazar** | | | **Christopher J. Willett** <br> **Equal Justice Center** <br> **510 S. Congress Ave., Suite 206** <br> **Austin, TX 78704** | | | | Notice Only |

Sheet no. ____7____ of ____15____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $2,291.40

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Steven Dean Taylor**                                          Case No.  **15-32764**
                                                                              (if known)

*AMENDED 6/17/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Francisco  Tadeo Baltazar** | | | **Kayvon Sabourian** **Equal Justice Center** **510 S. Congress Ave., Suite 206** **Austin, TX 78704** | | | | Notice Only |
| ACCT #: **Franky Faizullax** **Franky's Food Mart** **2801 Texas Avenue** **College Station, TX 77845** | | - | DATE INCURRED: CONSIDERATION: **Non-Purchase Money** REMARKS: | | | | $75,000.00 |
| ACCT #: **xxxxxxxxxxx7588** **GECRB/Care Credit** **Attn: bankruptcy** **PO Box 103104** **Roswell, GA 30076** | | - | DATE INCURRED: **09/07/2010** CONSIDERATION: **Charge Account** REMARKS: | | | | $0.00 |
| ACCT #: **xxxxx8550** **GECRB/Howards** **Attn: Bankruptcy** **PO Box 103104** **Roswell, GA 30076** | | - | DATE INCURRED: **08/1997** CONSIDERATION: **Charge Account** REMARKS: | | | | $0.00 |
| ACCT #: **xxxxxxxxx3684** **Green Point Savings** **PO Box 130424** **Roseville, MN 55113** | | - | DATE INCURRED: **01/14/2000** CONSIDERATION: **Conventional Real Estate Mortgage** REMARKS: | | | | $0.00 |
| ACCT #: **xxxxxxxxxx7974** **HSBC Auto Finance / Santander** **Santander Consumer USA** **PO Box 961245** **Fort Worth, TX 76161** | | - | DATE INCURRED: **02/12/2008** CONSIDERATION: **Automobile** REMARKS: | | | | $0.00 |

Sheet no. ____**8**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                    $75,000.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re   **Steven Dean Taylor**

Case No.   **15-32764**
_____
(if known)

_AMENDED 6/17/2015_
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Ismael Zacarias**<br>**1208 Ridgedale St.**<br>**Bryan, TX 77803** | | - | DATE INCURRED:  **2012 to 2014**<br>CONSIDERATION:<br>**Contract wages, minimum wages and/or overtime c**<br>REMARKS: | | | | $100.00 |
| Representing:<br>**Ismael Zacarias** | | | **Christopher J. Willett**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |
| Representing:<br>**Ismael Zacarias** | | | **Kayvon Sabourian**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |
| ACCT #:<br>**J. Fred Bayliss**<br>**Attorney at Law**<br>**3000 Briarcrest Drive, Suite 302**<br>**Bryan, TX 77802** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attrorney's Fees**<br>REMARKS:<br>**For representation of Plaintiff, Fateh Rajan D/B/A**<br>**Hillcrest Grocery in lawsuit (Cause No. 1014-** | | | | $1,500.00 |
| | | | **40387S in the Small Claims Court, Precinct 1 of Brazos County, Texas)** | | | | |
| ACCT #:<br>**J. Fred Bayliss**<br>**Attorney at Law**<br>**3000 Briarcrest Drive, Suite 302**<br>**Bryan, TX 77802** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS:<br>**For representation of Plaintiff, SNF FAMILY CORPORATION D/B/A GET N GO in lawsuit (Cause No. 1014-40388S in the Small Claims** | | | | $1,500.00 |

Sheet no. ___9___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $3,100.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven Dean Taylor**                                           Case No.  **15-32764**
                                                                                    (if known)

*AMENDED 6/17/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Court, Precinct 1 of Brazos County, Texas) | | | | |
| ACCT #: **xxxxxx0013**<br>**Marcel E. Lechin, M.D.**<br>**1721 Birmingham Drive**<br>**College Station, TX 77845** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and/or services rendered**<br>REMARKS: | | | | $3,787.40 |
| ACCT #:<br>**Maria Avalos**<br>**2906 Arizona Ave.**<br>**Bryan, TX 77803** | | - | DATE INCURRED:  **2011 to 2014**<br>CONSIDERATION:<br>**Contract wages, minimum wages and/or overtime** ᵈ<br>REMARKS: | | | | $100.00 |
| Representing:<br>Maria Avalos | | | **Christopher J. Willett**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |
| Representing:<br>Maria Avalos | | | **Kayvon Sabourian**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |
| ACCT #:<br>**Mark Kesler**<br>**TK Sales**<br>**180 Marino Road**<br>**Bryan, Texas 77808** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Janitorial supplies**<br>REMARKS: | | | | $22,000.00 |

Sheet no. ____10____ of ____15____ continuation sheets attached to                    Subtotal >          $25,887.40
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                     Total >
                                              (Use only on last page of the completed Schedule F.)
                              (Report also on Summary of Schedules and, if applicable, on the
                                 Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven Dean Taylor**                                   Case No. __15-32764_____
                                                                        (if known)

*AMENDED 6/17/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Marlin Equipment Financing**<br>**1500 John F. Kennedy Blvd.**<br>**Ste. 330**<br>**Philadelphia, PA 19102** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Equipment Lease Purchase**<br>REMARKS: | | | | $12,250.00 |
| ACCT #:<br>**Olivia Torres Sanchez**<br>**1602 Finfeather Trl #11**<br>**Bryan, TX 77801** | | - | DATE INCURRED:  **2013 to 2014**<br>CONSIDERATION:<br>**Contract wages, minimum wages and/or overtime c**<br>REMARKS: | | | | $100.00 |
| Representing:<br>Olivia Torres Sanchez | | | **Christopher J. Willett**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |
| Representing:<br>Olivia Torres Sanchez | | | **Kayvon Sabourian**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |
| ACCT #:<br>**Primitivo Conzalez Aldana**<br>**1100 Turkey Creek #163**<br>**Bryan, TX 77801** | | - | DATE INCURRED:  **2013 to 2014**<br>CONSIDERATION:<br>**Contract wages, minimum wages and/or overtime c**<br>REMARKS: | | | | $100.00 |
| Representing:<br>Primitivo Conzalez Aldana | | | **Christopher J. Willett**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |

Sheet no. ____11____ of ____15____ continuation sheets attached to                     Subtotal >          $12,450.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        Total >
                                        (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven Dean Taylor**                                   Case No.   **15-32764**
                                                                            (if known)

*AMENDED 6/17/2015*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing:<br>**Primitivo Conzalez Aldana** | | | **Kayvon Sabourian**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |
| ACCT #:<br>**Primitivo Gonzalez Hernandez**<br>**1100 Turkey Creek #163**<br>**Bryan, TX 77801** | | - | DATE INCURRED:  **2012 to 2014**<br>CONSIDERATION:<br>**Contract wages, minimum wages and/or overtime c**<br>REMARKS: | | | | $100.00 |
| Representing:<br>**Primitivo Gonzalez Hernandez** | | | **Christopher J. Willett**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |
| Representing:<br>**Primitivo Gonzalez Hernandez** | | | **Kayvon Sabourian**<br>**Equal Justice Center**<br>**510 S. Congress Ave., Suite 206**<br>**Austin, TX 78704** | | | | Notice Only |
| ACCT #:  **6635**<br>**Prosperity Bank**<br>**1205 N Navarro**<br>**Victoria, TX 77901** | | - | DATE INCURRED:  **05/2004**<br>CONSIDERATION:<br>**Secured**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxxx9618**<br>**Prosperity Bank**<br>**1205 N Navarro**<br>**Victoria, TX 77901** | | - | DATE INCURRED:  **01/2000**<br>CONSIDERATION:<br>**Secured**<br>REMARKS: | | | | $0.00 |

Sheet no. ___**12**___ of ___**15**___ continuation sheets attached to              Subtotal >            $100.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                        (Use only on last page of the completed Schedule F.)
                                 (Report also on Summary of Schedules and, if applicable, on the
                                  Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven Dean Taylor**                                    Case No.   **15-32764**
                                                                                    (if known)

*AMENDED 6/17/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx0001<br>Roadloans.com<br>Attn: Bankruptcy<br>5201 Rufe Snow Dr Ste 400<br>North Richland Hills, TX 76180 | | - | DATE INCURRED:  **03/2007**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | | ($1.00) |
| ACCT #:  xxxxxxxxxxxx9139<br>Sams Club / GEMB<br>Attention: Bankruptcy Department<br>PO box 103104<br>Roswell, GA 30076 | | - | DATE INCURRED:  **03/10/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx9119<br>Sams Club / GEMB<br>Attention: Bankruptcy Department<br>PO box 103104<br>Roswell, GA 30076 | | - | DATE INCURRED:  **03/10/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx9139<br>Sams Club / GEMB<br>Attention: Bankruptcy Department<br>PO box 103104<br>Roswell, GA 30076 | | - | DATE INCURRED:  **03/10/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx1000<br>Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161 | | - | DATE INCURRED:  **02/2008**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx1000<br>Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161 | | - | DATE INCURRED:  **03/2007**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | | $0.00 |

Sheet no. __13__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > ($1.00)

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven Dean Taylor**                                              Case No.  **15-32764**
                                                                                           (if known)

*AMENDED 6/17/2015*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **SNF Family Corporation D/B/A** <br> **GET N GO** <br> **2909 Highway 21 W** <br> **Bryan, TX 77803-1238** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Returned Checks** <br> REMARKS: <br> **Professional Floor & Janitorial, LLC** | | | | $3,465.00 |
| Representing: <br> **SNF Family Corporation D/B/A** | | | **J. Fred Bayliss** <br> **3000 Briarcrest Drive, Suite 302** <br> **Bryan, TX 77802** | | | | Notice Only |
| ACCT #:  **x0762** <br> **Spirit Of Texas Bank** <br> **Pob 39** <br> **Snook, TX 77878** | | - | DATE INCURRED:  **04/2008** <br> CONSIDERATION: <br> **Automobile** <br> REMARKS: | | | | $0.00 |
| ACCT #:  **xxx0026** <br> **Spirit Of Texas Bank** <br> **Pob 39** <br> **Snook, TX 77878** | | - | DATE INCURRED:  **11/2008** <br> CONSIDERATION: <br> **Credit Line Secured** <br> REMARKS: | | | | $0.00 |
| ACCT #:  **x0873** <br> **Spirit Of Texas Bank** <br> **Pob 39** <br> **Snook, TX 77878** | | - | DATE INCURRED:  **09/2008** <br> CONSIDERATION: <br> **Installment Loan** <br> REMARKS: | | | | $0.00 |
| ACCT #:  **x1050** <br> **Spirit Of Texas Bank** <br> **Pob 39** <br> **Snook, TX 77878** | | - | DATE INCURRED:  **03/2009** <br> CONSIDERATION: <br> **Secured** <br> REMARKS: | | | | $0.00 |

Sheet no. ___**14**___ of ___**15**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                  $3,465.00

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Steven Dean Taylor**                                    Case No.   **15-32764**
                                                                              (if known)

*AMENDED 6/17/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  x0958 <br> **Spirit Of Texas Bank** <br> **Pob 39** <br> **Snook, TX 77878** | | - | DATE INCURRED:  **12/2008** <br> CONSIDERATION: <br> **Unsecured** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx3394 <br> **Syncb/shaw Financial S** <br> **C/o P.o. Box 965036** <br> **Orlando, FL 32896** | | - | DATE INCURRED:  **03/23/2011** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | $0.00 |
| ACCT #:  xx9190 <br> **The Bank & Trust of B/CS** <br> **PO Box 5847** <br> **Bryan, TX 77805-5847** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **SBA Loan** <br> REMARKS: <br> **Shelby Bldg Maint & Janitorial Svcs** <br><br> **SBA Loan secured by:** | | | | $50,369.73 |
| | | | **All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles** | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __15__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal > | $50,369.73 |
|---|---|---|
| | Total > | $310,065.28 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B 6 Summary (Official Form 6 - Summary) (12/14)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Steven Dean Taylor**                                           Case No.  **15-32764**

                                                                         Chapter      **7**

_AMENDED 6/17/2015_
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.
Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $374,560.00 | | |
| B - Personal Property | No | 5 | $42,395.31 | | |
| C - Property Claimed as Exempt | No | 3 | | | |
| D - Creditors Holding Secured Claims | No | 2 | | $315,121.54 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $159,950.39 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $310,065.28 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 2 | | | $6,000.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 3 | | | $6,536.59 |
| TOTAL | | 37 | $416,955.31 | $785,137.21 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re  **Steven Dean Taylor**                                Case No.   **15-32764**

                                                             Chapter      **7**

*AMENDED 6/17/2015*

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |