

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Steven Dean Taylor

**Debtor(s)**

Case No.: 15–32764

Chapter: 7

ENTERED
08/22/2016

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Lowell T Cage is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/22/16

MARVIN ISGUR
United States Bankruptcy Judge